IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-03336-RBJ

GALEN DEAN BOMGAARS and
SANDRA BOMGAARS,

    Plaintiffs,

v.

CAPTEC FINANCIAL GROUP FUNDING CORPORATION,
CAPTEC FRANCHISE TRUST 1999-1,
WELLS FARGO BANK, N.A., as Indenture Trustee for Captec Franchise Trust 1999-1, and
BANK OF NEW YORK MELLON, as Servicer,

    Defendants.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

    This matter has been scheduled for a **three day bench trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **August 17, 2015 at 9:00 a.m.**

    A Trial Preparation Conference is set for **July 27, 2015 at 3:30 p.m.** Counsel who will try the case shall attend in person.

    During the Trial Preparation Conference the parties should be prepared to address: witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

    For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

    DATED this 20th day of February, 2015.

                                              BY THE COURT:

_____
R. Brooke Jackson
United States District Judge